# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11-CV-671-GCM

|  |  |  |
|---|---|---|
| **FIFTH THIRD BANK,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **WALTER W. RECTOR, et al,** | ) | |
| **Defendants.** | ) | |

   **THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Alan Joel Statman** to appear *Pro Hac Vice*, dated December 30, 2011 [doc.# 3].

   Upon careful review and consideration, this Court will grant the Application.

   In accordance with Local Rule 83.1 (B), the Court notes that Mr. Statman has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

   **IT IS SO ORDERED.**

Signed: January 4, 2012

Graham C. Mullen
United States District Judge