# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Fifth Third Bank ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-00671-GCM

Walter W. Rector , and
Shirley B. Rector ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/11/2012 Order.

                                                     Signed: October 11, 2012

                                                     Frank G. Johns, Clerk
                                                     United States District Court